JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LOMBARDO,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS CENTURION BANK, MICHAEL N. BERKE, an individual, JOSHUA A. BERKE, an individual and Does 1 to 50,<br><br>Defendants. | CASE NO. 12-CV-06025-GAF (VBK)<br><br>[PROPOSED] ORDER FILED CONCURRENTLY WITH THE STIPULATION OF THE PARTIES |

## [PROPOSED] ORDER

Pursuant to the stipulation, of the parties, IT IS ORDERED THAT:

The above-entitled action is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: June 24, 2013

_____
The Honorable Gary A. Feess
United States District Judge

JS-6

4820-3001-4484.1

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE

1